# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 21-6405-CR-SNOW

### BOND RECOMMENDATION

DEFENDANT: Woosvelt Predestin

    Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Christopher J. Clark*
AUSA:   Christopher J. Clark

Last Known Address: _____

What Facility: _____

Agent(s):   SA Thomas J. Clark, FBI
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
2030 SW 145th Avenue Miramar
Miramar, Florida 33027

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 21-6405-CR-SNOW

**BOND RECOMMENDATION**

DEFENDANT: Geralda Adrien

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Christopher J. Clark*
AUSA: Christopher J. Clark

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): SA Thomas J. Clark, FBI
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)
2030 SW 145th Avenue Miramar
Miramar, Florida 33027